Entered: October 17th, 2022
Signed: October 17th, 2022

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | |
| Lolita A Ferguson, | Case No. 19-22737 |
| Debtor | Chapter 13 |
| SN Servicing Corporation, servicer for U.S. Bank Trust National Association, as Trustee of BKPL Lodge Series I Trust | |
| Movant | |
| VS | |
| Lolita A Ferguson | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the foregoing Motion for Relief from Automatic Stay and upon the agreement of SN Servicing Corporation, servicer for U.S. Bank Trust National Association, as Trustee of BKPL Lodge Series I Trust, Movant by its undersigned counsel, and Lolita A Ferguson, Debtor, by his undersigned counsel, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Automatic Stay as to the property known 2424 Cambridge Beltway Cambridge, MD 21613, be and is hereby modified, pursuant to 11 U.S.C. Section 362 (d) as follows:

1) Within sixty (60) days of the entry of this Order, Movant shall file an Amended Proof of Claim in which any post-petition arrears through October 10, 2022 shall be placed in the Amended Proof of Claim;

2) That within thirty days of the entry of this Order, Debtor shall file an Amended Chapter 13 Plan, and if appropriate, a Motion to Amend the Chapter 13 Plan, to provide for payment of said post-petition arrears through his Chapter 13 Plan;

3) That the Debtor shall resume making his regular monthly payment in the amount of $591.09 or as adjusted for escrow or other monthly payment changes starting November 1, 2022, and as and when due thereafter;

4) That should the Debtor fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court. Said Notice shall be mailed to Debtor and Debtor's counsel and allow Debtor ten (10) days from the date the Affidavit of Default is mailed to cure up to two (2) defaults under this agreement. Any cure of a Notice of Default must be made in the form of a certified or cashier's check or Western Union Quick Collect. No right shall be given to cure any default beyond that which is allowed in the Consent Order.

5) Upon the failure of the Debtor to cure any Notice of Default herein, or upon any subsequent default beyond that which is allowed to be cured in this Consent Order, the automatic stay shall automatically terminate upon the filing of a Notice of Termination of Automatic Stay by Movant.

6) That if Debtor converts this case to a case under Chapter 7, the Automatic Stay shall immediately terminate, and Movant may immediately exercise all rights provided by the security instruments referenced in the Motion for Relief and applicable state law.

7) The post petition amount to be put in plan is $2,914.13, which includes defaulted payments and legal fees. June 1, 2022 – October 1, 2022 @ $591.09 = $2,955.45 Plus Legal and Filing fees of $1,238.00, less $164.32 in suspense.

8) The fourteen (14) day stay of Bankruptcy Rule 4001 (a)(3) is waived.

Consented hereto:

/s/ John Peter Roberts, Esquire  
John Peter Roberts, Esquire  
348 Thompson Creek Mall, Suite 212  
Stevensville, MD 21666

/s/ Richard J. Rogers  
Richard J. Rogers, Esq.  
Cohn, Goldberg & Deutsch, LLC  
1099 Winterson Road, Suite 301  
Linthicum Heights, MD 21090  
(410) 296-2550

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Richard J. Rogers  
Richard J. Rogers, Esq.  
Cohn, Goldberg & Deutsch, LLC  
1099 Winterson Road, Suite 301  
Linthicum Heights, MD 21090  
(410) 296-2550

CC:   John Peter Roberts, Esq.        Richard J. Rogers, Esq.  
      348 Thompson Creek Mall Suite 212   Cohn, Goldberg & Deutsch, LLC  
      Stevensville, MD 21666        1099 Winterson Road, Suite 301  
                                               Linthicum Heights, MD 21204

      Brian A. Tucci, Trustee  
      300 E. Joppa Road Suite 409  
      Towson, MD 21286

**END OF ORDER**